# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0064.  THOMAS LARRY PYBURN v. THE STATE.**

Thomas Pyburn was convicted of incest and sentenced to 20 years' imprisonment.  We affirmed his conviction on direct appeal. *Pyburn v. State*, 301 Ga. App. 372 (687 SE2d 909) (2009).  Pyburn has filed several appeals in this Court.[1] Most recently, the trial court entered an order denying Pyburn's pro se motion to set aside judgment.  Pyburn filed the instant application to challenge the trial court's order.  However, we lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Because Pyburn is not authorized to collaterally attack his conviction in this manner, his application is subject to dismissal.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786)

---

[1] We transferred to the Supreme Court Case No. A15A2341 (appeal from the trial court's denial of his application for out-of-time review by the Sentence Review Panel) and Case No. A15A2342 (appeal from the denial of his petition for mandamus) decided August 26, 2015.  In a single order, the Supreme Court dismissed Pyburn's appeal from the denial of mandamus relief and transferred Case No. A15A2341 back to this Court, which we dismissed on December 16, 2015.  See Case Nos. S16A0187, S16A0188 (November 2, 2015). In 2016, we dismissed Pyburn's appeal from the denial of his extraordinary motion for new trial.  See Case No. A16A1661 (dismissed June 8, 2016). Most recently in Case No. A18A2021 (dismissed July 19, 2018), we dismissed Pyburn's appeal from the denial of his mandamus petition seeking to challenge his incest conviction.

(2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).

In Pyburn's application, he also appears to argue that he is seeking to set aside the order denying his extraordinary motion for new trial, dated March 23, 2016. However, this Court dismissed Pyburn's appeal from that order in Case No. A16A1661, and Pyburn is not entitled to further review of the order. See *Potter-Miller v. Reed*, 302 Ga. App. 199 (2) (690 SE2d 215) (2010) ("The effect of the dismissal of the first appeal from an appealable judgment was to affirm the judgment of the trial court there excepted to and the trial court was without authority to vacate or alter such prior judgment which was res judicata between the parties.").

For the reasons stated above, Pyburn's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,　09/12/2018　　　
　　　I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
　　　Witness my signature and the seal of said court
hereto affixed the day and year last above written.



＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ , Clerk.